UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

Edward Richard Hall,

        Debtor.



-------------------------------------------------------x

HEARING DATE:**JUNE 26, 2025**
HEARING TIME: **10:00 AM**
LOCATION: **Courtroom 3529**


**Case No.: 1-25-40765-jmm**

**Chapter 13**


**Judge: Jil Mazer-Marino**


## OBJECTION TO CONFIRMATION OF
## DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN

      U.S. Bank National Association (the "Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's First Amended Chapter 13 Plan, and states as follows:

1. Debtor, Edward Richard Hall ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on February 18, 2025.

2. Secured Creditor holds a security interest in the Debtor's real property located at 543 94th Street Brooklyn, NY 11209 by virtue of a mortgage duly recorded on April 9, 2008 in the Public Records of the Office of the City Register of Kings County, NY with instrument #2008000142782.  Said mortgage secures a Note in the amount of $490,500.00.

3. The Debtor filed a First Amended Chapter 13 Plan (the "Plan") on April 12, 2025 (Doc No. 23).

4. The Plan intends to seek Loss Mitigation with Secured Creditor. However, as of the filing of this Objection, no order has been docketed. The Plan has no alternative treatment for the arrears per proof of claim (3-1) of $698,614.39 , in the event Loss Mitigation is not successful.

5. Secured Creditor objects to any plan which proposes to pay it anything less than $698,614.39 as the pre-petition arrearage over the life of the plan. Therefore, the Plan is

not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.

6. Secured Creditor objects to confirmation because the Plan does not appear feasible as the Plan is underfunded. Section 2 of the plan, the monthly payments to the Chapter 13 Trustee proposes to pay $4,120.80 for a period of sixty (60) months while also proposing Adequate protection payments to secured creditor during the pendency of loss mitigation of $4,120.80.  Per schedule J, the debtor only has monthly net income of $-821.92.

**WHEREFORE**, Secured Creditor objects to confirmation of the Plan and respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

Dated: April 30, 2025

        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
        Attorney for Secured Creditor
        900 Merchants Concourse, Suite 310
        Westbury, NY 11590
        Telephone: 516-280-7675
        Facsimile: 516-280-7674

        By: /s/ Suzanne Youssef
        Suzanne Youssef, Esquire
        NEW YORK Bar Number 2254969
        Email: syoussef@raslg.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

HEARING DATE:**JUNE 26, 2025**
HEARING TIME: **10:00 AM**
LOCATION: **Courtroom 3529**

---------------------------------------------------x

In re:

Edward Richard Hall,

        Debtor.

**Case No.: 1-25-40765-jmm**

**Chapter 13**

**Judge: Jil Mazer-Marino**

---------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on April 30, 2025, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via

CM/ECF or United States

MICHAEL A. KING
MICHAEL A. KING
41 SCHERMERHORN STREET
# 228
BROOKLYN, NY 11201

MICHAEL J. MACCO
MICHAEL J. MACCO TRUSTEE
2950 EXPRESS DR S
STE 109
ISLANDIA, NY 11749

OFFICE OF THE UNITED STATES TRUSTEE
EASTERN DISTRICT OF NY (BROOKLYN)
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN
ROOM 510
NEW YORK, NY 10004-1408

EDWARD RICHARD HALL
543 94TH STREET
BROOKLYN, NY 11209

Date: April 30, 2025

Robertson, Anschutz, Schneid, Crane & Partners,
PLLC
Attorney for Secured Creditor
900 Merchants Concourse, Suite 310
Westbury, NY 11590
Phone: (516) 280-7675
Fax:(516) 280-7674

By: /s/ Suzanne Youssef
Suzanne Youssef, Esquire
NEW YORK Bar Number 2254969
Email: syoussef@raslg.com